IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:15-CR-124 |
| **Plaintiff,** | : | |
| v. | : | **JUDGE MARBLEY** |
| | : | |
| **JASON R. COLQUITT** | : | |
| **Defendant.** | : | |

## O R D E R

Upon application and for good cause shown, the United States' Motion (docket entry #34) to Dismiss Indictment is hereby granted. The Indictment filed herein with the United States District Court against the named defendant is hereby dismissed. A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.

_____
UNITED STATES DISTRICT JUDGE